## Commonwealth *v.* Hester, Appellant.

Submitted December 7, 1970. *Richard A. DeMichele,* and *DeMarco, DeMichele & DeSimone,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.